UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-09154-ODW (SK) | Date | January 10, 2018 |
|---|---|---|---|
| Title | Maurice Carlo Baugh v. Josie Gastelo | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: EXHAUSTION**

Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging his convictions for shooting at an inhabited dwelling, being a felon in possession of a firearm, and two counts of assault with a firearm. (Pet., ECF No. 1). It is clear from the face of the Petition that Petitioner has not exhausted his remedies in state court for each claim raised. (Pet. at 7). A federal court may not grant habeas relief to a person held in state custody, unless he has exhausted available state court remedies by fairly presenting his federal claims to the California Supreme Court. *See* 28 U.S.C. § 2254(b)(1)(A); *Baldwin v. Reese*, 541 U.S. 27, 29 (2004); *Rose v. Lundy*, 455 U.S. 509, 518–22 (1982).

Therefore, Petitioner is ORDERED TO SHOW CAUSE on or before **February 9, 2018,** why the petition should not be dismissed for failure to exhaust state remedies. Alternatively, Petitioner may voluntarily dismiss this action in order to exhaust his state remedies and file a new petition in federal court, if necessary, after the requisite exhaustion. *See Slack v. McDaniel*, 529 U.S. 473, 486 (2000). The Clerk is directed to provide Petitioner with a Notice of Dismissal Form (CV-009).

**Petitioner is advised that failure to file a timely response to this Order to Show Cause may result in dismissal of this action for failure to prosecute. See Fed. R. Civ. P 41(b); L.R. 41-1.**