JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CARLO BAUGH,<br><br>        Petitioner,<br><br>    v.<br><br>JOSIE GASTELO, Warden,<br><br>        Respondent. | Case No. 2:17-cv-9154-ODW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Prosecution, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and this action is dismissed without prejudice.

DATED: February 27, 2018

HON. OTIS D. WRIGHT II
U.S. DISTRICT JUDGE